OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 18 2015

$ 000.27⁵

11/18/2015
SIMMONS, RONALD
On this day, the application for writ of habeas corpus is dismissed as moot.

Tr. Ct. No. 574864-B

WR-76,973-02

Abel Acosta, Clerk

RONALD SIMMONS
MOORE UNIT - TDC #. 611337

BONHAM TX 75

UTF